# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### OFFICE OF THE CLERK

*Clarkson S. Fisher U.S. Courthouse*
*402 East State Street Room 2020*
*Trenton, New Jersey 08608*



**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets Room 1050
Camden, N.J. 08101

**NEWARK OFFICE**
Martin Luther King Jr. Federal Bldg &
U.S. Courthouse
50 Walnut Street, P.O. BOX 419

*Reply To:* **TRENTON**

October 6, 2009

Charles A. Reid, III
Drinker Biddle & Reath
500 Campus Drive
Florham Park, NJ 07932

Jennifer Lynn Del Medico
Jones Day
222 East 41st Street
New York, NY 10017

Michelle Louise Tiger
Kline & Specter PC
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Re:   IN RE: MENTOR CORP. OBTAPE TRANSOBTURATOR SLING PRODUCTS LIABILITY LITIGATION
      Civil Action No. 09-3073 (JAP)

To the Above Named Counsel:

Please be advised the proposed findings and recommendations were filed with the Court by the Honorable Tonianne J. Bongiovanni United States Magistrate, on 10/06/2009.

A copy of the proposed findings and recommendations are enclosed herewith.

You may serve on your adversary and file with the Court written objections to such proposed findings and recommendations within ten (10) days of the receipt of a copy of the proposed findings and recommendations.

Very truly yours,
WILLIAM T. WALSH, CLERK

By: *Gina Hernandez-Buckley*
Deputy Clerk

Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles A. Reid, III
Drinker Biddle & Reath
500 Campus Drive
Florham Park, NJ 07932

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0003 6259 2001

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelle Louise Tiger
Kline & Specter PC
1525 Locust Street, 19th Fl.
Philadelphia, PA 19102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0003 6259 1998

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jennifer Lynn Del Medico
Jones Day
222 East 41st Street
New York, NY 10017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0003 6259 1981

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540