NOT FOR PUBLICATION                                                                                       CLOSED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE: MENTOR CORP. OBTAPE TRANSOBTURATOR SLING PRODUCTS LIABILITY LITIGATION | : : : : : : : : | Civil Action No. 09-3073 (JAP)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni, filed on October 6, 2009; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown, **IT IS**

**ON** this 2nd day of November, 2009,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni filed on October 6, 2009, recommending that Plaintiff's Motion to Transfer be granted and further recommending that Mentor Corp.'s Motion to Transfer be granted is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that the aforementioned motions [docket entry nos. 2, 3] are **GRANTED**; and it is further

**ORDERED** that this matter be transferred to the Middle District of Georgia.

Accordingly, this case is **CLOSED**.

/s/ Joel A. Pisano  
JOEL A. PISANO, U.S.D.J.